ham, Police Commissioner of the City of New York.— Proceedings reversed and relators reinstated.

Abraham Lakowshowsky v. Utopia Land Company.— Motion for stay granted on conditions stated in memorandum. Settle order on notice.

Samuel T. Banes v. Roy A. Rainey.— Motion granted. Settle order on notice.

Nelson A. McGill v. John F. Brady.— Motion granted. Order resettled.

Bankers' Money Order Association v. Friedrich Nachod and Others.— Motion granted. Order resettled.

## SECOND DEPARTMENT, FEBRUARY, 1908.

The People of the State of New York, Respondent, v. Joseph J. Cahill, Appellant.— Reargument ordered and case set down for Wednesday, March 4, 1908, Present — Hirschberg, P. J., Jenks, Gaynor and Miller, JJ.

John Beattie and Peter Beattie, as Executors and Trustees under the Last Will and Testament of John Beattie, Deceased, Respondent, v. The New York and Long Island Construction Company, Appellant.— Motion granted unless the appellant perfect its appeal and put the cause on the calendar in time for the next term of this court, in which case the motion is denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Jefferson B. Conley, Respondent, v. Frank Carney and Others, Individually and as Assessors of the Town of Hague, County of Warren, State of New York, Appellants.— Reargument ordered and case set down for Monday, March 9, 1908. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Ben L. Fairchild, Appellant, v. John H. Seed, Respondent.— Motion granted unless the plaintiff perfect his appeal and put the cause on the calendar in time for the next term of this court, in which case the motion is denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Henry Feltman, Respondent, v. Ferdinand Ehrlich, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

John Higgins, Appellant, v. Sarah C. Powell and Others, Respondents.— Motion granted. Settle order before Mr. Justice Gaynor. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Charles H. Israels and Julius F. Harder, Appellants, v. Ranald H. Macdonald, as Survivor, etc., Respondent.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of James J. Ennis for the Appointment of Appraisers, etc., v. The Federal Brewing Company.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.*

In the Matter of the Application of Richard A. Rendich for the Appointment of Appraisers, etc., v. The Federal Brewing Company.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.*

* See 123 App. Div. 691.— [REP.